IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
vs.                               )     No. 04-20145-01-KHV
                                  )
                                  )
GREGORY A. NOVOSEL,               )
                                  )
        Defendant.                )
_____ )

FINAL ORDER OF FORFEITURE

WHEREAS, on October 18, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Section 841, based upon a plea agreement entered into with the above defendant on Counts 1, 6, and the forfeiture allegation forfeiting the property alleged to be subject to forfeiture in Count 1 of the Second Superseding Indictment;

AND WHEREAS, on November 16, 2005, November 23, 2005 and November 30, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no other claims, contested or otherwise, have been filed for any of the properties described in this Court's Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.	That the right, title and interest of all persons to all of the hereinafter described real property of the defendant **GREGORY A. NOVOSEL** is hereby condemned, forfeited to and vested in the United States of America, and shall be disposed of according to law.

2.	That the following property is hereby condemned and forfeited to the United States of America, as follows:

>All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 12400 Clubhouse Drive, Kansas City, Wyandotte County, Kansas, more particularly described as:
>
>Swan Lake 2nd Addition, Lot 64, a subdivision of Kansas City, Wyandotte County, Kansas.

SO ORDERED this 15th day of September, 2006.

>s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> UNITED STATES DISTRICT JUDGE